Tyree P. Jones (SBN 127631)
Email:   tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 415 414 9299

Renee C. Feldman (SBN 253877)
Email:   rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Bank of America, N.A.
(sued erroneously as "Bank of America, a Delaware Corporation")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, a Delaware Corporation, and DOES 1-100,<br><br>　　　　　Defendants. | No.: 2:13-cv-000064-CAS-SH<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 22, 2013

*/s/ Christina A. Snyder*
Christina A. Snyder
United States District Court Judge