1  Tyree P. Jones (SBN 127631)
   Email:   tpjones@reedsmith.com
2  REED SMITH LLP
   1301 K Street, N.W.
3  Suite 1100 – East Tower
   Washington, D.C. 20005-3373
4  Telephone: +1 202 414 9200
   Facsimile: +1 415 414 9299
5
   Renee C. Feldman (SBN 253877)
6  Email:   rfeldman@reedsmith.com
   REED SMITH LLP
7  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
8  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
9
   Attorneys for Bank of America, N.A.
10 (sued erroneously as "Bank of America, a
   Delaware Corporation")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, a Delaware Corporation, and DOES 1-100,<br><br>　　　　　Defendants. | No.: 2:13-cv-000064-CAS-SH<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

– 1 –

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 22, 2013

*Christina A. Snyder*

Christina A. Snyder
United States District Court Judge